**Appeal Dismissed and Memorandum Opinion filed June 30, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00350-CV

---

## DR. ABDUL MEMOM AND ABDUL Q. MEMOM, M.D. & ASSOCIATES RETIREMENT TRUST, Appellants

### V.

## MICHAEL COLLINS A/K/A MICHAEL A. COLLINS A/K/A MICHAEL C. COLLINS A/K/A MICHAEL A.C. COLLINS, Appellee

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2013-11000**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 25, 2014. The notice of appeal was filed February 23, 2015. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from

paying costs); Tex. Gov't Code Ann. § 51.207. On May 1, 2015, this court ordered appellants to pay the appellate filing fee on or before May 11, 2015, or the appeal would be dismissed. Appellants have not paid the appellate filing fee.

Further, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record. On May 11, 2015, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.